**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **RAED MUBARAK** | **CASE NO. 1:26-CV-3322** |
| **VERSUS** | **JUDGE EDWARDS** |
| **MARKWAYNE MULLIN ET AL** | **MAG. JUDGE HORNSBY** |

# ORDER

Having considered Petitioner's Motion for Temporary Restraining Order ("Motion") (R. Doc.2),

**IT IS ORDERED** that the Motion is **GRANTED IN PART** and Respondents are temporarily enjoined from removing Petitioner for fourteen (14) days.

**IT IS FURTHER ORDERED** that on or before September 8, 2026, Respondents shall file a response to the Motion (R. Doc. 2).

**IT IS FURTHER ORDERED** that the Motion is **DENIED** in all other respects.

**IT IS FURTHER ORDERED** that the Clerk of Court serve this Order on the Federal Respondents through the email address designated by the United States Attorney.

THUS DONE in Chambers on this 31st day of August, 2026.

Jerry Edwards, Jr.

JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE