**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **RAED MUBARAK** | **CASE NO. 1:26-CV-03322 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **MARKWAYNE MULLIN ET AL** | **MAGISTRATE JUDGE HORNSBY** |

**ORDER**

Having considered the Petitioner's Emergency Motion for Temporary Restraining Order (R. Doc. 13),

**IT IS ORDERED** that the Motion is **GRANTED IN PART** and Respondents are temporarily enjoined from removing Petitioner from the United States for fourteen (14) days.

**IT IS FURTHER ORDERED** that by **September 30, 2026,** the parties shall submit briefs on the effect of the declaratory relief affirmed by the First Circuit Court of Appeals in *D.V.D. v. United States Dep't of Homeland Sec.*, 2026 WL 2797801 (1st Cir. Sept. 18, 2026) on Petitioner's third country removal.

**IT IS FURTHER ORDERED** that the Motion is **DENIED** in all other respects.

**THUS DONE** in Chambers on this 23rd day of September, 2026.

Jerry Edwards, Jr.
United States District Judge